IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )   Civil Action No. 05-CV-2010 (JR)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |
| JABBAROW OYBEK JAMOLIVICH, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )   Civil Action No. 05-CV-2112 (RBW)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | )<br>) |
| Petitioners, | )<br>) |
| v. | )   Civil Action No. 05-CV-2201 (ESH)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2336 (PLF) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| GHASSAN ABDULLAH AL ) | |
| SHARBI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2348 (EGS) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| AHMED BEN BACHA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2349 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2367 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULLAH ALI SALEH GERAB<br>    ALSAAEI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2369 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUR RAZAKAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2370 (EGS) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| AHMED AL DARBY, *et al.,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HALEEM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2376 (RBW) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HAMID ABDUL SALAM<br>  AL-GHIZZAWI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2378 (JDB) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, )<br>　　Petitioners, )<br>　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, *et al.*, )<br>　　Respondents. ) | Civil Action No. 05-CV-2379 (JR) |
| ZAKARIA AL-BAIDANY, *et al.*, )<br>　　Petitioners, )<br>　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, *et al.*, )<br>　　Respondents. ) | Civil Action No. 05-CV-2380 (CKK) |
| ISMAIL ALI AL RAMMI, *et al.*, )<br>　　Petitioners, )<br>　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, *et al.*, )<br>　　Respondents. ) | Civil Action No. 05-CV-2381 (JDB) |

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2384 (RWR) |
| GEORGE W. BUSH,   President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH,   President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JOBRAN SAAD AL-QUHTANI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2387 (RMC) |
| GEORGE W. BUSH,   President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

- 6 -

|  |  |  |
|---|---|---|
| THABID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2398 (ESH) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2399 (RJL) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MOHAMMAD RIMI, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2427 (RJL) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | | |
|---|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2444 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2452 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ANWAR KHAN, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2466 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | |
| MUBARK HUSSEIN, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2467 (PLF) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | |
| AHMED AL-DELEBANY, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2477 (RMU) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2479 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: January 5, 2006                                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE

        MARC A. PEREZ
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.  Room 7144
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents