IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAIF ABDULLA AL NAKHEELAN, et. al.   )
   *Petitioners/Plaintiffs,*   )
                                   )       No. 05-cv-02201
v.                                 )
                                   )
GEORGE W. BUSH, et. al.   )
   *Respondents/Defendants.*   )

## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such a date as the Court shall determine, Petitioners, together with their Next Friends, by and through undersigned counsel, shall move for an order for the entry of the Amended Protective Orders as set forth in the accompanying Memorandum in Support of Petitioners' Motion.[1]

The Petitioners have attached a *Proposed* Order to this Motion at Exhibit 1.

Respectfully submitted,

Counsel for Petitioners:

/s/ Harvey A. Schwartz
HARVEY A. SCHWARTZ
Massachusetts BBO # 448080
KEVIN J. POWERS
Massachusetts BBO # 405020
JONATHAN J. MARGOLIS
Massachusetts BBO # 319980
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

---

[1] This motion is properly referred to Magistrate Judge Alan Kay for consideration pursuant to the Order of the Calendar and Case Management Committee, Kessler, J., Chair (hereinafter "Kessler Order"), referring "all Motions pertaining to interpretation or construction of any protective order which has been entered in any of the [Guantanemo Bay *habeas*] cases" for resolution pursuant to LCvR 72.2(a), as well as "all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel." Kessler Order, Nov. 2, 2005.