UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
**NAIF ABDULLA AL NAKHEELAN,**  )
*et al.*,                                          )
                                                              )
        **Petitioners,**      )
                                                                )
    v.                                               )    **Civil Action No. 05-2201 (ESH)**
                                                                )
**GEORGE W. BUSH,** *et al.*,   )
                                                                )
        **Respondents.**   )
_____)

## **ORDER**

Before the Court is petitioners' motion for entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued by Judge Joyce Hens Green in *In re Guantanamo Detainee Cases*, No. 02-cv-0299, *et al*. Because entry of the relevant orders is essential to petitioners' representation, *cf. Aminullah v. Bush*, No. 05-cv-1237 (D.D.C. Aug. 10, 2006) (post-DTA order requiring the production of a factual return as essential to petitioner's "effective representation" in pending proceedings), and as the Court has uniformly entered the orders in these cases, *see, e.g.*, *Kurnaz v. Bush*, No. 04-cv-1135 (D.D.C. Apr. 12, 2005), it is hereby

**ORDERED** that petitioners' motion [#10] is **GRANTED**; and it is

**FURTHER ORDERED** that the Court **ENTERS** by way of reference the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba; the November 10, 2004 Order Addressing Designation Procedures for "Protected Information;" and the December 13, 2004 Order

Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, each issued by Judge Joyce Hens Green in *In re Guantanamo Bay Detainee Cases*, No. 02-cv-0299, *et al*.

**SO ORDERED**.

                                                                    s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: October 6, 2006