IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NAIF ABDULLA AL NAKHEELAN, et al.,** | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-02201(ESH) |
| **GEORGE W. BUSH, et al.,** | : |
| *Respondents/Defendants*. | : |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order in this matter, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Opposition to Respondents' Motion to Dismiss;

May 3, 2007

Respectfully submitted,

Counsel for Petitioners:

  /s/  Harvey A. Schwartz
HARVEY A. SCHWARTZ
 Massachusetts BBO # 448080
KEVIN POWERS
 Massachusetts BBO # 405020
JONATHAN J. MARGOLIS
 Massachusetts BBO # 319980
ELIZABETH A. RODGERS
 Massachusetts BBO #424360
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010