IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NAIF ABDULLA AL NAKHEELAN, *et al.*, )<br>)<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-2201 (ESH) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Naif Abdulla Al Nakheelan (ISN 258) and transferred him to the control of the Government of Saudi Arabia.


Dated: November 13, 2007        Respectfully submitted,

                                      PETER D. KEISLER
                                    Assistant Attorney General

                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                      /s/ *Andrew I. Warden*
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    JUDRY L. SUBAR (D.C. Bar 347518)
                                    TERRY M. HENRY
                                    JEAN LIN
                                    JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                    ROBERT J. KATERBERG
                                    ANDREW I. WARDEN (IN Bar No. 23840-49)
                                    NICHOLAS A. OLDHAM

JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents